IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 8:16CB7 |
| | ) | Violation No. 4558202  NE14 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JULIUS E. CARMONA, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED:**

Defendant is granted an extension of time until January 31, 2017, in which to pay the collateral amount due of $275.00.  The full collateral amount is payable in full by that date or the defendant must appear for hearing before the undersigned magistrate judge on January 31, 2017 at 9:00 a.m. in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.   The clerk will mail a copy of this order to Julius E. Carmona at his address of 2213 S. 41st Street, Omaha, Nebraska 68105.

DATED this 25th day of July, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge